JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

ALEX O. BAAH,

      Plaintiff,

    v.

LUTHERAN SOCIAL SERVICES OF SOUTHERN CALIFORNIA,

      Defendant.

Case No. 8:25-cv-01208-JWH-DFM

**JUDGMENT**

Pursuant to the "Order Granting Defendant's Motion to Dismiss [ECF No. 38]" entered on or about March 24, 2026, and in accordance with Rules 12(b)(6) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.

2. The operative pleading is the First Amended Complaint [ECF No. 27] of Plaintiff Alex O. Baah ("Baah").

3. Judgment is **ENTERED** in **FAVOR** of Defendant Lutheran Social Services of Southern California and **AGAINST** Baah on the claims asserted in the First Amended Complaint. Baah shall take nothing by way of his First Amended Complaint.

4. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: June 1, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-